FILED
MAY 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0899-BTM |
| Plaintiff, ) | **I N F O R M A T I O N** |
| ) | (Superceding) |
| v. ) | |
| ) | Title 8, U.S.C., |
| FRANCISCO DEL TORO, ) | Sec. 1324(a)(2)(B)(iii) - Bringing |
| DIONERY MEDINA-SOTO, ) | in Illegal Aliens Without |
| REYNALDO CRUZ-GONZALEZ, ) | Presentation; Title 18, U.S.C., |
| ) | Sec. 2 - Aiding and Abetting |
| Defendants. ) | |

The United States Attorney charges:

### Count 1

On or about March 3, 2008, within the Southern District of California, defendant DIONERY MEDINA-SOTO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Manuel Leyva-Romero, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

//
//
//
//
//

Count 2

On or about March 3, 2008, within the Southern District of California, defendant REYNALDO CRUZ-GONZALEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, whose name is unknown, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

Count 3

On or about March 3, 2008, within the Southern District of California, defendants DIONERY MEDINA-SOTO and FRANCISCO DEL TORO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Felipe Barba-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

DATED: 5/9/08 .

KAREN P. HEWITT
United States Attorney

*[signature: Rebecca Kanter]*

REBECCA S. KANTER
Assistant U.S. Attorney