AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| FRANCISCO DEL TORO, et. al | CASE NUMBER: 08cr0899-BTM |

I, Reynaldo Cruz-Gonzalez, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed superseding information, and of my rights, hereby waive in open court on MAY 12, 2008 my right to prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Reynaldo Cruz Gonzalez 12 May 08_
_Reynaldo Cruz Gonzalez_
Defendant

_[signature]_ 5/12/08
Defense Counsel

Before _[signature]_
Judicial Officer