FILED

08 JUN 23 AM 11: 42

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL   DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-cr-0899-BTM |
| Plaintiff, ) | |
| v. ) | **ORDER TO CONTINUE** |
| **REYNALDO CRUZ GONZALEZ** ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED,** based upon the joint motion of the parties, that the sentencing hearing previously scheduled for August 13, 2008, at 8:30 a.m., be continued until August 27, 2008, at 9:00 a.m. The Court finds that the time between August 13, 2008, until August 27, 2008, is excluded under the Speedy Trial Act.

DATED June 23, 2008

HON. BARRY T. MOSKOWITZ
U.S. DISTRICT JUDGE