| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | Rebecca Kanter |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 230257 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6747 / Fax: (619) 235-2757 |
| | Email: Rebecca .Kanter@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            )   Criminal Case No. 08cr0899-BTM
                                          )
12                      Plaintiff,        )
                                          )   NOTICE OF APPEARANCE
13           v.                           )
                                          )
14   FRANCISCO DEL TORO, et.al,           )
                                          )
15                      Defendants.       )
                                          )

16

17   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19       I certify that I am admitted to practice in this court or authorized to practice under CivLR

20   83.3.c.3-4.

21       The following government attorneys (who are admitted to practice in this court or authorized

22   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

23   counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

24   activity in this case:

25       <u>Name</u> (If none, enter "None" below)

26       None.

27   //

28   //

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4 | association):

<u>Name</u> (If none, enter "None" below)

None.

Please call me if you have any questions about this notice.

DATED: August 6, 2008

                                  Respectfully submitted,

                                  KAREN P. HEWITT
                                  United States Attorney

                                  /s/ *Rebecca S. Kanter*
                                  REBECCA S. KANTER
                                  Assistant United States Attorney
                                  Attorneys for Plaintiff
                                  United States of America
                                  Email: Rebecca.Kanter@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Criminal Case No. 08cr0899-BTM |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | CERTIFICATE OF SERVICE |
| FRANCISCO DEL TORO, et.al,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

IT IS HEREBY CERTIFIED THAT:

I, REBECCA S. KANTER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Debra Ann DiIorio
2. Jonathan D Frank
3. John David Kirby
4. Kenneth J Troiano

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2008            /s/ *Rebecca S. Kanter*
                                      REBECCA S. KANTER
                                      Assistant U.S. Attorney