1  **DEBRA A. DiIORIO**
   California Bar No. 138018
2  **DiIORIO & HALL, APC**
   964 Fifth Avenue, Suite 214
3  San Diego, California  92101
   Telephone: (619) 544-1451
4  Facsimile: (619) 544-1473

5  Attorneys for Defendant **Cruz Gonzalez**

6

7              UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9                (HONORABLE BARRY T. MOSKOWITZ)

10 UNITED STATES OF AMERICA,      )    Criminal Case No. 08-899-BTM
                                  )
11           Plaintiff,            )
                                  )
12      v.                        )
                                  )    **JOINT MOTION TO CONTINUE**
13 **REYNALDO CRUZ GONZALEZ**     )    **SENTENCING HEARING**
            Defendant.            )
14 _____ )

15

16      IT IS HEREBY REQUESTED by the parties in the case, defendant Reynaldo Cruz

17 Gonzalez, by and through his counsel, DEBRA A. DiIORIO, and the United States

18 Attorney's Office, by and through Assistant United States Attorney REBECCA KANTER,

19 that the sentencing hearing in the above-entitled case, scheduled for August 28, 2008, at 9:00

20 a.m., be continued until September 26, 2008, at 10:30 a.m.

21 Mr. Cruz is in custody .

22      A proposed order with respect to this joint motion is being submitted directly to the

23 court.

24 //

25 //

26 //

27

28

| | | |
|---|---|---|
| 1 | Date:  August 26, 2008 | s/Rebecca Kanter |
| 2 | | **REBECCA KANTER**<br>Assistant United States Attorney |
| 3 | | |
| 4 | Date: August 26 2008 | s/. Debra A. DiIorio<br>**DEBRA A. DiIORIO** |
| 5 | | **DiIorio & Hall, APC**<br>Attorneys for Defendant Cruz Gonzalez |

2

1 **DEBRA A. DiIORIO**
California Bar No. 138018
2 **DiIORIO & HALL, APC**
964 Fifth Avenue, Suite 214
3 San Diego, California 92101
Telephone: (619) 544-1451
4 Facsimile: (619) 544-1473

5 Attorneys for Defendant Cruz Gonzalez

6

7 UNITED STATES DISTRICT COURT

8 SOUTHERN DISTRICT OF CALIFORNIA

9 (HONORABLE BARRY T. MOSKOWITZ)

10 UNITED STATES OF AMERICA,                )         Criminal Case No. 08 -899-BTM
                                            )
11              Plaintiff,                  )
                                            )
12         v.                               )
                                            )         **CERTIFICATE OF SERVICE**
13 **REYNALDO CRUZ GONZALEZ**,              )
                Defendant.                  )
14 _____      )

15         IT IS HEREBY CERTIFIED THAT:

16         I, DEBRA A. DiIORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 214, San Diego, California, 92101.

18         I am not a party to the above-entitled action. I have caused service of the Joint Motion to Continue Sentencing Hearing on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

20

21         Judge Barry T. Moskowitz  efile_Moskowitz@casd.uscourts.gov

22         Assistant United States Attorney Rebecca.Kanter@usdoj.gov

23         I declare under penalty of perjury that the foregoing is true and correct.

24 Executed on August 26, 2008.

25
                                    /s/   Debra A. DiIorio
26                                  DEBRA A. DiIORIO

27

28

3