# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-cr-0899-3-BTM |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| REYNALDO CRUZ GONZALEZ ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED,** based upon the joint motion of the parties, that the sentencing hearing previously scheduled for August 28, 2008, at 9:00 a.m., be continued until September 26, 2008, at 10:30 a.m. The Court finds that the time between August 28, 2008, until September 26, 2008, is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

DATED: August 28, 2008

*[signature]*

Honorable Barry Ted Moskowitz
United States District Judge